Robert M. Gagliasso (SBN 162082)
Timothy N. Sweeney (SBN: 302662)
**BUSTAMANTE & GAGLIASSO, A.P.C.**
2150 Trade Zone, Suite 204
San Jose, California 95131
Telephone: (408) 977-1911
Facsimile: (408) 977-0746
rgagliasso@boglawyers.com
tsweeney@boglawyers.com

Attorney for Defendants,
Nephoscale, Inc. and Bruce Templeton

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SCOTT L. POWELL and JOHN S. MILLS,<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>NEPHOSCALE, INC. and BRUCE TEMPLETON<br><br>　　　　　　　Defendants. | Case No.: 17-cv-07104-JSW<br><br>**NEPHOSCALE, INC. AND BRUCE TEMPLETON'S ANSWER TO FIRST AMENDED COMPLAINT** |

　　　Defendants NEPHOSCALE, INC., a California Corporation and BRUCE TEMPLETON, an individual ("Defendants"), hereby answers the allegations of the Complaint of SCOTT L. POWELL and JOHN S. MILLS (the "Complaint"). Unless specifically admitted below, Defendants generally deny all of the allegations of the Complaint. Defendants reserve the right to amend this answer at a later date after discovery and investigation have been completed.

//

//

## THE PARTIES

1. Responding to paragraph 1 of the Complaint, Defendants lack sufficient information or knowledge upon which to form a belief and on that basis deny each and every, all and singular, generally and specifically, the allegations contained therein.

2. Responding to paragraph 2 of the Complaint, Defendants lack sufficient information or knowledge upon which to form a belief and on that basis deny each and every, all and singular, generally and specifically, the allegations contained therein.

3. Responding to paragraph 3 of the Complaint, Defendants admit this paragraph, however deny Plaintiffs' statement as to its principal place of business.

4. Responding to paragraph 4 of the Complaint, Defendants admit this paragraph.

## JURISDICTION AND VENUE

5. Responding to paragraphs 5-6 of the Complaint, these paragraphs set forth Plaintiffs' conclusions of law, to which no response by the defendants is required. To the extent a response is deemed required, Plaintiffs' conclusions of law are denied.

## FACTUAL BACKGROUND

6. Responding to paragraph 7 of the Complaint, Defendants lack sufficient information or knowledge upon which to form a belief and on that basis deny each and every, all and singular, generally and specifically, the allegations contained therein.

7. Responding to paragraph 8 of the Complaint, Defendants lack sufficient information or knowledge upon which to form a belief and on that basis deny each and every, all and singular, generally and specifically, the allegations contained therein.

8. Responding to paragraph 9 of the Complaint, Defendants lack sufficient information or knowledge upon which to form a belief and on that basis deny each and every, all and singular, generally and specifically, the allegations contained therein.

9. Responding to paragraph 10 of the Complaint, Defendants lack sufficient information or knowledge upon which to form a belief and on that basis deny each and every, all and singular, generally and specifically, the allegations contained therein.

//

10. Responding to paragraph 11 of the Complaint, Defendants admit that Plaintiffs and Nephoscale entered into promissory note agreements. Defendants lack sufficient information or knowledge upon which to form a belief and on that basis deny each and every, all and singular, generally and specifically, of the remaining allegations contained therein.

11. Responding to paragraph 12 of the Complaint, Defendants admit that Plaintiffs and Nephoscale entered into promissory note agreements and Exhibit B speaks for itself. Defendants lack sufficient information or knowledge upon which to form a belief and on that basis deny each and every, all and singular, generally and specifically, of the remaining allegations contained therein.

12. Responding to paragraph 13 of the Complaint, Defendants lack sufficient information or knowledge upon which to form a belief and on that basis deny each and every, all and singular, generally and specifically, the allegations contained therein. Plaintiffs conclusory statements are therein denied.

13. Responding to paragraph 14 of the Complaint, Defendants admit that Plaintiffs and Nephoscale entered into promissory note agreements and Exhibit C speaks for itself. Defendants lack sufficient information or knowledge upon which to form a belief and on that basis deny each and every, all and singular, generally and specifically, of the remaining allegations contained therein.

14. Responding to paragraph 15 of the Complaint, Exhibit C speaks for itself. Defendants lack sufficient information or knowledge upon which to form a belief and on that basis deny each and every, all and singular, generally and specifically, of the remaining allegations contained therein.

15. Responding to paragraph 16 of the Complaint, Exhibit C speaks for itself. Defendants lack sufficient information or knowledge upon which to form a belief and on that basis deny each and every, all and singular, generally and specifically, of the remaining allegations contained therein.

16. Responding to paragraph 17 of the Complaint, Exhibit D speaks for itself.

//

17. Responding to paragraph 18 of the Complaint, Defendants lack sufficient information or knowledge upon which to form a belief and on that basis deny each and every, all and singular, generally and specifically, the allegations contained therein.

18. Responding to paragraph 19 of the Complaint, Defendants admit that Plaintiffs and Nephoscale entered into promissory note agreements and Exhibit F speaks for itself.  Defendants lack sufficient information or knowledge upon which to form a belief and on that basis deny each and every, all and singular, generally and specifically, of the remaining allegations contained therein.

19. Responding to paragraph 20 of the Complaint, Defendants deny each and every, all and singular, generally and specifically, the allegations contained therein.

20. Responding to paragraph 21 of the Complaint, Defendants admit that Plaintiffs and Nephoscale entered into promissory note agreements and Exhibit E speaks for itself.  Defendants lack sufficient information or knowledge upon which to form a belief and on that basis deny each and every, all and singular, generally and specifically, of the remaining allegations contained therein.

21. Responding to paragraph 22 of the Complaint, Defendants deny each and every, all and singular, generally and specifically, the allegations contained therein.

22. Responding to paragraph 23 of the Complaint, Defendants deny each and every, all and singular, generally and specifically, the allegations contained therein.

23. Responding to paragraph 24 of the Complaint, Defendants deny each and every, all and singular, generally and specifically, the allegations contained therein.

24. Responding to paragraph 25 of the Complaint, Exhibit G speaks for itself. Defendants deny each and every, all and singular, generally and specifically, the remaining allegations contained therein.

25. Responding to paragraph 26 of the Complaint, Exhibit H speaks for itself. Defendants deny each and every, all and singular, generally and specifically, the remaining allegations contained therein.

//

26. Responding to paragraph 27 of the Complaint, Defendants lack sufficient information or knowledge upon which to form a belief and on that basis deny each and every, all and singular, generally and specifically, the allegations contained therein.

27. Responding to paragraph 28 of the Complaint, Defendants lack sufficient information or knowledge upon which to form a belief and on that basis deny each and every, all and singular, generally and specifically, the allegations contained therein.

28. Responding to paragraph 29 of the Complaint, Exhibit I speaks for itself. Defendants deny each and every, all and singular, generally and specifically, the allegations contained therein.

29. Responding to paragraph 30 of the Complaint, Defendants lack sufficient information or knowledge upon which to form a belief and on that basis deny each and every, all and singular, generally and specifically, the allegations contained therein.

30. Responding to paragraph 31 of the Complaint, Defendants deny each and every, all and singular, generally and specifically, the allegations contained therein.

31. Responding to paragraph 32 of the Complaint, Exhibit J speaks for itself. Defendants deny each and every, all and singular, generally and specifically, the remaining allegations contained therein.

32. Responding to paragraph 33 of the Complaint, Exhibit J speaks for itself. Defendants deny each and every, all and singular, generally and specifically, the remaining allegations contained therein.

33. Responding to paragraph 34 of the Complaint, Defendants lack sufficient information or knowledge upon which to form a belief and on that basis deny each and every, all and singular, generally and specifically, the allegations contained therein.

34. Responding to paragraph 35 of the Complaint, Exhibit K speaks for itself. Defendants deny each and every, all and singular, generally and specifically, the remaining allegations contained therein.

//

//

35. Responding to paragraph 36 of the Complaint, Exhibit L speaks for itself. Defendants deny each and every, all and singular, generally and specifically, the remaining allegations contained therein.

36. Responding to paragraph 37 of the Complaint, Exhibit M speaks for itself. Defendants deny each and every, all and singular, generally and specifically, the remaining allegations contained therein.

37. Responding to paragraph 38 of the Complaint, Defendants lack sufficient information or knowledge upon which to form a belief and on that basis deny each and every, all and singular, generally and specifically, the allegations contained therein.

38. Responding to paragraph 39 of the Complaint, Defendants lack sufficient information or knowledge upon which to form a belief and on that basis deny each and every, all and singular, generally and specifically, the allegations contained therein.

39. Responding to paragraph 40 of the Complaint, Defendants lack sufficient information or knowledge upon which to form a belief and on that basis deny each and every, all and singular, generally and specifically, the allegations contained therein.

40. Responding to paragraph 41 of the Complaint, Exhibit N speaks for itself. Defendants deny each and every, all and singular, generally and specifically, the remaining allegations contained therein.

41. Responding to paragraph 42 of the Complaint, Defendants deny each and every, all and singular, generally and specifically, the remaining allegations contained therein.

**FIRST CLAIM FOR RELIEF**
(SECURITIES FRAUD)

42. Responding to paragraph 43 of the Complaint, Defendants incorporate herein its responses to paragraphs 1 through 42 as set in full.

43. Responding to paragraph 44 of the Complaint, Defendants admit the statutes cited speak for themselves, and except for this specific and limited admission, denies each and every, all and singular, generally and specifically, the allegations contained therein.

//

44. Responding to paragraph 45 of the Complaint, Defendants admit the statutes cited speak for themselves, and except for this specific and limited admission, denies each and every, all and singular, generally and specifically, the allegations contained therein.

45. Responding to paragraph 46 of the Complaint, Defendants admit the Exhibits cited speak for themselves. Defendants deny each and every, all and singular, generally and specifically, the remaining allegations contained therein.

46. Responding to paragraph 47 of the Complaint, Defendants admit the Exhibits cited speak for themselves. Defendants deny each and every, all and singular, generally and specifically, the remaining allegations contained therein.

47. Responding to paragraph 48 of the Complaint, Defendants deny each and every, all and singular, generally and specifically, the remaining allegations contained therein.

48. Responding to paragraph 49 of the Complaint, Defendants deny each and every, all and singular, generally and specifically, the remaining allegations contained therein.

49. Responding to paragraph 50 of the Complaint, Defendants deny each and every, all and singular, generally and specifically, the remaining allegations contained therein.

50. Responding to paragraph 51 of the Complaint, Defendants deny each and every, all and singular, generally and specifically, the remaining allegations contained therein.

51. Responding to paragraph 52 of the Complaint, Defendants deny each and every, all and singular, generally and specifically, the remaining allegations contained therein.

## SECOND CLAIM FOR RELIEF
(BREACH OF CONTRACT)

52. Responding to paragraph 53 of the Complaint, Defendants incorporate herein its responses to paragraphs 1 through 52 as set in full.

53. Responding to paragraph 54 of the Complaint, Defendants admit the Exhibits cited speak for themselves, and except for this specific and limited admission, denies each and every, all and singular, generally and specifically, the allegations contained therein.

//

//

54. Responding to paragraph 55 of the Complaint, Defendants admit the provision cited speaks for itself, and except for this specific and limited admission, deny each and every, all and singular, generally and specifically, the allegations contained therein.

55. Responding to paragraph 56 of the Complaint, Defendants admit the provision cited speaks for itself, and except for this specific and limited admission, deny each and every, all and singular, generally and specifically, the allegations contained therein.

56. Responding to paragraph 57 of the Complaint, this paragraph sets forth Plaintiffs' conclusions of law, to which no response by the defendants is required. To the extent a response is deemed required, Plaintiffs' conclusions of law are denied.

57. Responding to paragraph 58 of the Complaint, Defendants deny each and every, all and singular, generally and specifically, the remaining allegations contained therein.

58. Responding to paragraph 59 of the Complaint, Defendants deny each and every, all and singular, generally and specifically, the remaining allegations contained therein.

59. Responding to paragraph 60 of the Complaint, Defendants admit that Exhibit P speaks for itself. Defendants deny each and every, all and singular, generally and specifically, the remaining allegations contained therein.

60. Responding to paragraph 61 of the Complaint, Defendants lack sufficient information or knowledge upon which to form a belief and on that basis deny each and every, all and singular, generally and specifically, the allegations contained therein.

61. Responding to paragraph 62 of the Complaint, Defendants admit the provision cited speaks for itself, and except for this specific and limited admission, deny each and every, all and singular, generally and specifically, the allegations contained therein.

62. Responding to paragraph 63 of the Complaint, Defendants deny each and every, all and singular, generally and specifically, the remaining allegations contained therein.

63. Responding to paragraph 64 of the Complaint, this paragraph sets forth Plaintiffs' conclusions of law, to which no response by the defendants is required. To the extent a response is deemed required, Plaintiffs' conclusions of law are denied.

//

NEPHOSCALE, INC. AND BRUCE TEMPLETON'S ANSWER TO FIRST AMENDED COMPLAINT

64. Responding to paragraph 65 of the Complaint, this paragraph sets forth Plaintiffs' conclusions of law, to which no response by the defendants is required. To the extent a response is deemed required, Plaintiffs' conclusions of law are denied.

65. Responding to paragraph 66 of the Complaint, this paragraph sets forth Plaintiffs' conclusions of law, to which no response by the defendants is required. To the extent a response is deemed required, Plaintiffs' conclusions of law are denied.

66. Responding to paragraph 67 of the Complaint, Defendants deny each and every, all and singular, generally and specifically, the remaining allegations contained therein.

67. Responding to paragraph 68 of the Complaint, Defendants deny each and every, all and singular, generally and specifically, the remaining allegations contained therein.

68. Responding to paragraph 69 of the Complaint, Defendants deny each and every, all and singular, generally and specifically, the remaining allegations contained therein.

69. Responding to paragraph 70 of the Complaint, Defendants deny each and every, all and singular, generally and specifically, the remaining allegations contained therein.

## AFFIRMATIVE DEFENSES

**For their affirmative defenses, Defendants allege as follows:**

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs' complaint fails to allege facts sufficient to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiffs are not entitled to any recovery from defendants because the company documents, filings and announcements quoted did not contain any untrue statement of material fact nor did they omit to state any material fact required to be stated or necessary to make the statements made not misleading.

//

//

//

### THIRD AFFIRMATIVE DEFENSE

Plaintiffs are not entitled to any recovery from defendants because at all relevant times answering defendants acted diligently and reasonably and had a good faith belief in the truthfulness of each of the matters alleged in the Complaint to be inaccurate and further believed that there was no failure to state a material fact alleged in the complaint to be omitted.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiffs are not entitled to any recovery from defendants because the substance of the material information that they allege to have been omitted or misrepresented was in fact disclosed to Plaintiffs, or was otherwise publicly available and/or widely known to the market and to the investing community.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiffs are not entitled to any recovery from defendants because no act or omission of defendants was the cause in fact or the proximate cause of any damage to plaintiff.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiffs are not entitled to any recovery because plaintiffs did not exercise reasonable care to discover the facts relating to the alleged misstatements or omissions.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' complaint fails to plead fraud against each of the defendants with the specificity required by Rule 9(b) of the Federal Rules of Civil Procedure.

### EIGHTH AFFIRMATIVE DEFENSE

Every act or omission alleged in the Complaint was done or omitted in good faith conformity with the rules and regulations of the Securities and Exchange Commission, and therefore, there is no liability for any act or omission so alleged.

### NINTH AFFIRMATIVE DEFENSE

Defendants lacked the requisite scienter required for liability.

### TENTH AFFIRMATIVE DEFENSE

Plaintiff did not rely upon the misrepresentations or misleading statements alleged.

//

**ELEVENTH AFFIRMATIVE DEFENSE**

The actual facts which plaintiff alleges were misrepresented or omitted in fact were known to and entered the securities market through credible sources.

Wherefore, defendants pray as follows:

    a.   That plaintiffs take nothing by their Complaint;

    b.   That the Complaint be dismissed with prejudice;

    c.   That defendants be awarded their costs of suit, including reasonable attorneys' fees;

    d.   That defendants have such other, further and different relief as this Court deems just and proper.

Dated: November 13, 2018          **BUSTAMANTE & GAGLIASSO, A.P.C.**

By: */s/ Robert M. Gagliasso*
Robert M. Gagliasso
Timothy N. Sweeney
Attorneys for Defendant

NEPHOSCALE, INC. AND BRUCE TEMPLETON'S ANSWER TO FIRST AMENDED COMPLAINT